UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | No. 24-cr-206 (JMB/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| Amir Raheem McKeever (2), | |
| Defendant. | |

---

This matter is before the undersigned United States Magistrate Judge pursuant to multiple motions filed by Defendant Amir Raheem McKeever, specifically his recent Motion to Enforce Discovery Order, to Compel Immediate Production, and for Sanctions ("the Motion").[1] (Dkts. 153-155.) This Court previously granted-in-part and denied-in-part Mr. McKeever's motion to compel discovery. (Dkt. 151.) Mr. McKeever's newest Motion seeks similar relief, including immediate production of *Brady* materials and sanctions for non-compliance. (*See* Motion.) The Government filed a response to the Motion, stating that it has complied and will continue to comply with its discovery obligations and the orders of this Court. (Dkt. 159.)

Based on the representations of the Government, and all the files, records, and proceedings herein, the Court finds as follows: First, the Government has not violated this Court's order or failed to satisfy its discovery obligations. Second, nothing before the Court

---

[1] Although the Court docketed Mr. McKeever's filing as three separate motions, each docketed motion is the same document.

1

supports a conclusion that the Government has ignored any applicable deadlines. Third, this Court's Order requires disclosure of *Brady* materials "no later than 10 days ahead of any trial in this case." (Dkt. 151 at 3.) Trial in this matter is set for March 9, 2026 (*see* Dkt. 149), and so that deadline has not passed.

Ultimately, the relief that Mr. McKeever seeks has already been ordered, and he has proffered no reason to impose any sanctions. Accordingly, **IT IS HEREBY ORDERED THAT:**

1. to the extent Mr. McKeever requests disclosure of materials that has already been ordered, his Motions (Dkt. 153, 154, 155) are **DENIED AS MOOT**; and

2. To the extent Mr. McKeever seeks the imposition of sanctions, his Motions (Dkts. 153, 154, 155) are **DENIED**.

Dated: December 4, 2025         *s/Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge